IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AZERY C. NELSON**                                                                              **PETITIONER**
ADC #141178

VS.                    **CASE NO.: 5:11CV00060 BD**

**RAY HOBBS, Director,**                                               **RESPONDENT**
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs.  Mr. Nelson's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed, with prejudice.

DATED this 24th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE